UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR10-301-JLR |
| | ) | |
| v. | ) | **DETENTION ORDER** |
| | ) | |
| JOHN RICHARD COTHERN, | ) | |
| | ) | |
| Defendant. | ) | |

Offenses charged:

Distribution of Child Pornography
Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct.

Date of Detention Hearing:  October 7, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has a criminal history going back to 1996.  Since then he was been convicted twice of a sex offense.  Defendant has twice been sentenced to prison, been on supervision and

DETENTION ORDER - 1

received treatment and counseling and now faces prosecution for yet another sex related offense.

Defendant also faces for the first time mandatory minimum sentences of 15 years on count one

and 10 years on count two.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent practicable,

from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

Officer.

DATED this 7th day of October, 2010.

s/ Brian A. Tsuchida
United States Magistrate Judge

DETENTION ORDER - 2